# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Bush-Estes, Nancy | Docket No. | 0980 4:15CR06047-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nancy Bush- Estes, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 16th day of December 2015, under the following conditions:

**Condition #2:** Defendant shall immediately advise the Court, defense counsel, and the U.S. Attorney in writing before any change in address and telephone number.
RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On or prior to April 26, 2016, the defendant failed to report a change of address. The defendant has failed to contact U.S. Pretrial Services to advise of her residence.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    May 6, 2016

by    s/David L. McCary

David L. McCary
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer
05/06/2016
Date