FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY BUSH-ESTES,<br><br>　　　　　　　Defendant. | No.　4:15-cr-06047-SMJ<br><br>**ORDER GRANTING DEFENDANT'S CONSTRUED MOTION TO VOLUNTARILY DISMISS THE MOTION FOR SENTENCE REDUCTION** |

Before the Court, without oral argument, is Defendant Nancy Bush-Estes's Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(1)(A), ECF No. 76. Defendant seeks compassionate release from home confinement, citing several medical ailments. Since filing her motion, Defendant has also filed a letter which the court construes as a motion to voluntarily dismiss the Motion for Sentence Reduction, ECF No. 79. In the letter, Defendant notes that she has been released from custody under the CARES Act of 2018 and requests the Court strike the hearing date for her motion. *Id.* at 1. The Government opposes the motion as moot, also noting that Defendant has already received the requested relief from the Bureau of Prisons. ECF No. 78, and confirming that Defendant has completed her custodial sentence. *Id*. at 1–2. Having reviewed the relevant record, the Court is fully informed and grants Defendant's construed motion to voluntarily dismiss the Motion for Sentence Reduction. Given this, the Court expresses no judgment

ORDER –1

on whether Defendant has met the standard warranting a sentence reduction. *See* 18 U.S.C. § 3582(c).

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's construed to voluntarily dismiss the Motion for Sentence Reduction, **ECF No. 79**, is **GRANTED**.

2. Defendant's Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(1)(A), **ECF No. 76**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk's Office is hereby directed to enter this order and furnish copies to Defendant and counsel for the Government.

**DATED** this 29th day of March 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge